Rel: October 10, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2025-2026

SC-2024-0837

Kennon W. Whaley, Sr. v. Kenneth T. Lomers, Elaine Leslie Lomers, Thomas Avery Littrell III, and Lisa Scott Littrell (Appeal from Baldwin Circuit Court: CV-23-901577).

MENDHEIM, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Shaw, Bryan, and McCool, JJ., concur.